IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jonetta Alicia White, Debtor                    Case No. 24-00134-JAW
                                                          **CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to suspend their bankruptcy payments. <u>**Your rights may be affected.**</u>  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: December 11, 2025        Signature:  /s/ Thomas C. Rollins, Jr.
                                           Thomas C. Rollins, Jr. (MSBN 103469)
                                           Jennifer A Curry Calvillo (MSBN 104367)
                                           The Rollins Law Firm, PLLC
                                           P.O. Box 13767
                                           Jackson, MS 39236
                                           trollins@therollinsfirm.com
                                           601-500-5533

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jonetta Alicia White, Debtor                   Case No. 24-00134-JAW
                                                        CHAPTER 13

## MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtor is requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of January 2026 and February 2026.
3. Debtor's hours have been temporarily cut. As such, Debtor cannot afford to make the monthly plan payment. Debtor hours will return to normal and will be able to resume making payments beginning in March 2026.
4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was forwarded on December 11, 2025, to:

By Electronic CM/ECF Notice:

      Chapter 13 Case Trustee

      U.S. Trustee

                                              <u>/s/ Thomas C. Rollins, Jr.</u>
                                              Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>JONETTA ALICIA WHITE | CASE NO: 24-00134<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 12/11/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend Plan Payments

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/11/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>JONETTA ALICIA WHITE | CASE NO: 24-00134<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 12/11/2025, a copy of the following documents, described below,

Notice and Motion to Suspend Plan Payments

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/11/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
CASE INFO                                                                                           EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING        PRA  RECEIVABLES MANAGEMENT LLC             (U)REGIONAL ACCEPTANCE CORPORATION
NCRS ADDRESS DOWNLOAD                   POB 41067
CASE 24-00134                           NORFOLK  VA 23541-1067
SOUTHERN DISTRICT OF MISSISSIPPI
THU DEC 11 11-47-21 PST 2025



EXCLUDE

US BANKRUPTCY COURT                     ACIMA CREDIT                                AIDVANTAGE ON BEHALF OF THE
THAD COCHRAN US COURTHOUSE              9815 SOUTH MONROE STREET                    DEPARTMENT OF EDUCATION
501 E COURT STREET                      4TH FLOOR                                   DEPT OF ED LOAN SERVICES
SUITE 2300                              SANDY  UT 84070-4384                        PO BOX 300001
JACKSON  MS 39201-5036                                                              GREENVILLE TX 75403-3001




COMMUNITY CHOICE                        CONSUMER PORTFOLIO SERVICES                 CORTEZ BAGGETT
1568 W GOVERNMENT ST                    PO BOX 57071                                CO LINTON KILPATRICK
BRANDON  MS 39042-2407                  IRVINE  CA 92619-7071                       6812 CRUMPLER BLVD
                                                                                    101
                                                                                    OLIVE BRANCH  MS 38654-1974




FIRST PREMIER BANK                      (P)JEFFERSON CAPITAL SYSTEMS LLC            LVNV FUNDING  LLC
ATTN BANKRUPTCY                         PO BOX 7999                                 RESURGENT CAPITAL SERVICES
PO BOX 5524                             SAINT CLOUD MN 56302-7999                   PO BOX 10587
SIOUX FALLS  SD 57117-5524                                                          GREENVILLE  SC 29603-0587




LVNV FUNDING                            MAXEM HEALTH                                MERIT HEALTH
ATTN BANKRUPTCY                         2605 COURTHOUSE CIR                         PO BOX 281441
PO BOX 10497                            FLOWOOD  MS 39232-9521                      ATLANTA  GA 30384-1441
GREENVILLE  SC 29603-0497




NAVIENT                                 NAVIENT                                     PRA RECEIVABLES MANAGEMENT  LLC AS AGENT OF
ATTN  BANKRUPTCY                        PO BOX 300001                               PORTFOLIO RECOVERY ASSOCIATES  LLC
PO BOX 9500                             GREENVILLE  TX 75403-3001                   PO BOX 41067
WILKES BARRE  PA 18773-9500                                                         NORFOLK  VA 23541-1067




(P)PROCOLLECT INC                       REGIONAL ACCEPTANCE CO                      REGIONAL ACCEPTANCE CORPORATION
12170 ABRAMS RD SUITE 100               ATTN BANKRUPTCY                             BANKRUPTCY SECTION100500151
DALLAS TX 75243-4579                    PO BOX 1487                                 PO BOX 1847
                                        WILSON  NC 27894-1487                      WILSON  NC 27894-1847



                                        EXCLUDE

(P)REPUBLIC FINANCE LLC                 (D)(P)REPUBLIC FINANCE LLC                  SBA
282 TOWER RD                            282 TOWER RD                                PO BOX 830794
PONCHATOULA LA 70454-8318               PONCHATOULA LA 70454-8318                   BIRMINGHAM  AL 35283-0794




SBA                                     TRUE ACCORD                                 US ATTORNEY GENERAL
CO US ATTORNEYS OFFI                    53 MAIDEN LANE                              US DEPT OF JUSTICE
501 E COURT ST                          3RD FLOOR                                   950 PENNSYLVANIA AVENW
STE 4430                                SAN FRANCISCO  CA 94108                     WASHINGTON  DC 20530-0001
JACKSON  MS 39201-5025
```

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON MS 39201-5022

VISIONS PHYSICAL THERA
2475 LAKELAND DR A
FLOWOOD MS 39232-9505

WORLD FINANCE COMPANY OF MISSISSIPPI LLC
CO WORLD ACCEPTANCE CORPORATION
ATTN BANKRUPTCY PROCESSING CENTER
PO BOX 6429
GREENVILLE SC 29606-6429

DEBTOR

EXCLUDE

WORLD FINANCE CORP
ATTN BANKRUPTCY
PO BOX 6429
GREENVILLE SC 29606-6429

JONETTA ALICIA WHITE
228 BRENDALWOOD BLVD
APT B
BRANDON MS 39047-6161

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767

EXCLUDE

TORRI PARKER MARTIN
TORRI PARKER MARTIN CHAPTER 13 BANKRUPT
200 NORTH CONGRESS STREET STE 400
JACKSON MS 39201-1902