_____



**SO ORDERED,**

*/s/ Jamie A. Wilson*

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: January 7, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
Southern District of Mississippi

**IN THE MATTER OF:**                                      **CASE NO.: 24-00134- JAW**
**JONETTA ALICIA WHITE**
**SS#:  XXX-XX-4887**

## RELEASE OF WAGES

THE ORDER HERETOFOR ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S EMPLOYER:

IMAGINE 360 ADMINISTRATORS
ATTN PAYROLL DEPT
1550 LIBERTY RIDGE RD
WAYNE, PA 19087-0000


WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

Torri Parker Martin
Standing Chapter 13 Trustee
200 NORTH CONGRESS STREET
SUITE 400
JACKSON, MS 39201-1902

IS VACATED FOR THE FOLLOWING REASON(S): PLAN PYMTS SUSPENDED

AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.

##END OF ORDER##