United States Bankruptcy Court

Southern District of Mississippi

In re:  
Jonetta Alicia White  
    Debtor

Case No. 24-00134-JAW  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2026 | Form ID: ntcds13v | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonetta Alicia White, 228 Brendalwood Blvd, Apt B, Brandon, MS 39047-6161 |
| 5323206 | + | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 5323207 | + | Community Choice, 1568 W Government St, Brandon, MS 39042-2407 |
| 5323209 | + | Cortez Baggett, c/o Linton Kilpatrick, 6812 Crumpler Blvd, #101, Olive Branch, MS 38654-1974 |
| 5323212 | + | Maxem Health, 2605 Courthouse Cir, Flowood, MS 39232-9521 |
| 5323213 | + | Merit Health, P.O. Box 281441, Atlanta, GA 30384-1441 |
| 5323221 | | True Accord, 53 Maiden Lane, 3rd Floor, San Francisco, CA 94108 |
| 5323223 | + | Visions Physical Thera, 2475 Lakeland Dr A, Flowood, MS 39232-9505 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Apr 08 2026 23:42:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5360258 | + | EDI: MAXMSAIDV | Apr 08 2026 23:42:00 | Aidvantage on behalf of: The, Department of Education, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 5323208 | + | Email/Text: bankruptcy@consumerportfolio.com | Apr 08 2026 19:43:00 | Consumer Portfolio Services, Po Box 57071, Irvine, CA 92619-7071 |
| 5323210 | + | EDI: AMINFOFP.COM | Apr 08 2026 23:42:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5339198 | | EDI: JEFFERSONCAP.COM | Apr 08 2026 23:42:00 | Jefferson Capital Systems, LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 5335976 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2026 19:46:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5323211 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2026 19:46:44 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5323215 | + | EDI: MAXMSAIDV | Apr 08 2026 23:42:00 | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 5323214 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Apr 08 2026 19:46:40 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5357643 | + | EDI: PRA.COM | Apr 08 2026 23:42:00 | PRA Receivables Management, LLC as agent of, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5323216 | | Email/Text: clientinformation@procollect.com | Apr 08 2026 19:42:00 | Pro Collect, Inc, Attn: Bankruptcy, 12170 N Abrams Rd, Ste 100, Dallas, TX 75243 |
| 5323218 | | Email/Text: bankruptcy@republicfinance.com | Apr 08 2026 19:43:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Cir, Baton Rouge, LA 70809 |
| 5328165 | | Email/Text: bankruptcy@republicfinance.com | | |

| | | | |
|---|---|---|---|
| District/off: 0538-3 | | User: mssbad | Page 2 of 3 |
| Date Rcvd: Apr 08, 2026 | | Form ID: ntcds13v | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 08 2026 19:43:00 | Republic Finance, Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5323217 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |
| | | | Apr 08 2026 19:46:49 | Regional Acceptance Co, Attn: Bankruptcy, Po Box 1487, Wilson, NC 27894-1487 |
| 5325466 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |
| | | | Apr 08 2026 19:46:49 | Regional Acceptance Corporation, Bankruptcy Section/100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 5323220 | + | Email/Text: ebone.woods@usdoj.gov | | |
| | | | Apr 08 2026 19:43:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5323219 | ^ | MEBN | | |
| | | | Apr 08 2026 19:39:55 | SBA, P.O. Box 830794, Birmingham, AL 35283-0794 |
| 5323222 | ^ | MEBN | | |
| | | | Apr 08 2026 19:39:47 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5329141 | + | Email/Text: bk@worldacceptance.com | | |
| | | | Apr 08 2026 19:43:00 | World Finance Company of Mississippi, LLC, c/o World Acceptance Corporation, Attn: Bankruptcy Processing Center, PO Box 6429, Greenville, SC 29606-6429 |
| 5323224 | + | Email/Text: bk@worldacceptance.com | | |
| | | | Apr 08 2026 19:43:00 | World Finance Corp, Attn: Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Regional Acceptance Corporation |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Robert W. Camp | on behalf of Creditor Regional Acceptance Corporation kjohnson@robertcamplaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jonetta Alicia White trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |

District/off: 0538-3                    User: mssbad                         Page 3 of 3
Date Rcvd: Apr 08, 2026                 Form ID: ntcds13v                    Total Noticed: 28

United States Trustee

        USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

Form ntcds13v (12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.:  24−00134−JAW
Chapter:  13

In re:
   Jonetta Alicia White
   aka Jonetta A White
   228 Brendalwood Blvd
   Apt B
   Brandon, MS 39047

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
   xxx−xx−4887

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

   You are hereby notified that on 04/07/2026, <u>Jonetta Alicia White</u> (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 48). On 04/08/2026, the court entered an *ex parte* order (Dkt. # 49) granting the Debtor's Motion.

   Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.


   Dated: 4/8/26                          Danny L. Miller, Clerk of Court
                                          Thad Cochran U.S. Courthouse
                                          501 E. Court Street
                                          Suite 2.300
                                          Jackson, MS 39201
                                          601−608−4600