**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:** **Jonetta Alicia White** **Case No. 24-00134-JAW**
**, Debtor** **CHAPTER 13**

### <u>FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B</u>

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $3,438.50 | $23.00 | $3,461.50 | 23 | 04/02/2024 |
| $947.00 | $43.92 | $990.92 | 37 | 07/11/2026 |
| $1,985.00 | $25.11 | $2,010.11 | n/a | n/a |
| $6,370.50 | $92.03 | $6,462.53 | | |



# INVOICE

Invoice # 6063
Date: 03/04/2024
Due On: 04/03/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Jonetta Alicia White
228 Brendalwood Blvd. Apt B
Brandon, MS 39047

## 05180-White Jonetta Alicia

## Ch 13 hourly - Jonetta

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 12/11/2023 | Contact Debtor: Reviewed credit report and selected debts to import/exclude; drafted email to debtor attaching credit report for debtor's review and reference. | 0.20 | $150.00 | $30.00 |
| Service | BM | 12/12/2023 | Review and organize documents provided by debtor: Information packet, tax returns, pay stubs, bank statements | 0.30 | $100.00 | $30.00 |
| Service | KAR | 12/13/2023 | Drafted email to debtor requesting missing GIP information, bank, pay, and to complete ccc with instructions | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/13/2023 | Organized additional pay provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/13/2023 | Organized additional bank provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/13/2023 | Drafted email to debtor asking if she had a previous address for Cortez | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/13/2023 | Drafted email to debtor including instructions on how to obtain her NSLDS for her student loans. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/13/2023 | Reviewed email from debtor stating that she does not have a previous address for Cortez and stated that he lives somewhere around Southaven or Olive Branch, MS; drafted email back letting her know I would make a note in her file. | 0.10 | $100.00 | $10.00 |

| Service | KAR | 12/14/2023 | Reviewed email from debtor letting me know that she paid the remainder of her fees and asked if her son's student loans would be affected by her filing bankruptcy because he gets those loans with her through a parent plus loans plan; drafted email back to debtor letting her know i was not sure, but that I would reach out to somebody and let her know something | 0.10 | $100.00 | $10.00 |
|---------|-----|------------|----|------|---------|--------|
| Service | KAR | 12/14/2023 | Organized NSLDS information in file | 0.10 | $100.00 | $10.00 |
| Service | BM | 12/14/2023 | Final review of all documents to prepare for case input. | 0.30 | $100.00 | $30.00 |
| Service | KAR | 12/15/2023 | Drafted email to debtor letting her know that her ability to get student loans for herself during the BK process is really dependent on the situation and that the attorney would go over it further during her signing. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/18/2023 | Drafted email to debtor requesting Woodforest bank statements for September - November | 0.10 | $100.00 | $10.00 |
| Service | JAC | 12/18/2023 | Prepare matrix for Δ to review | 0.10 | $350.00 | $35.00 |
| Service | JAC | 12/18/2023 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR | 0.40 | $350.00 | $140.00 |
| Service | KAR | 12/18/2023 | Organized additional bank provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KR | 12/18/2023 | Contact Debtor: Drafted email to debtor with the list of creditors to review for filing | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/19/2023 | Review email from debtor: Reviewed email from debtor about the Attorney General being listed on the Matrix; drafted email to debtor letting her know it is due to a tax debt that she owes | 0.10 | $150.00 | $15.00 |
| Service | JAC | 12/20/2023 | Input Case - prepare schedules, sofa. Calculate income for MT & schedule I | 0.60 | $350.00 | $210.00 |
| Service | JAC | 12/21/2023 | Input Case - calculate plan payment for chapter 13. Update scheduleI to remove car payments | 0.20 | $350.00 | $70.00 |
| Service | BM | 12/21/2023 | Drafted email to debtor with estimated Ch 13 payment amount that was provided to me from attorney. | 0.10 | $100.00 | $10.00 |
| Service | BM | 01/02/2024 | Reviewed email from Debtor stating that she wants to proceed with filing a Ch 13. | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BM | 01/02/2024 | Review and organize documents provided by debtor: Pay stubs | 0.10 | $100.00 | $10.00 |
| Service | BM | 01/02/2024 | Drafted and emailed Ch 13 Fee Agreement | 0.10 | $100.00 | $10.00 |
| Service | KR | 01/02/2024 | Contact Debtor: Telephone conference with Nicole from Republic Finance; wanting to know when/if the debtor is filing; explained she will be filing this week. | 0.10 | $155.00 | $15.50 |
| Service | BM | 01/02/2024 | Phone call to debtor to schedule signing appointment with the attorney. She had questions about not being able to cosign on student loans with her son and possibly converting her case to a Ch 7. I told her she would need to ask the attorney at her signing. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 01/03/2024 | Prepare Signing Docs | 0.20 | $360.00 | $72.00 |
| Service | TR | 01/04/2024 | Conference w/ client to review and revise petition, schedules, statements and Plan - discussions shifted into whether chapter 7 would be a better fit - bankruptcy sign postponed for client to explore redemption options for cars | 0.50 | $360.00 | $180.00 |
| Service | TR | 01/05/2024 | Call w/ client to discuss redemption options, student loans, summons she received and timing of bankruptcy filing | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/10/2024 | Review & respond to email from BM re: filing | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/11/2024 | Review & respond to email from BM re: scheduling case | 0.10 | $360.00 | $36.00 |
| Service | BM | 01/11/2024 | Reviewed email from debtor requesting to schedule a new meeting with the attorney to get case filed. She stated that her vehicles are up for repossession and she needs to get that stopped. Emailed attorney to see if I can proceed with scheduling meeting. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 01/11/2024 | Add part-time income for Whataburger to MT & I. Calculate plan payment based on DMI. | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/11/2024 | Prepare updated signing documents | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/16/2024 | Conference w/ client to review and revise petition, schedules, statements and Plan | 0.40 | $360.00 | $144.00 |
| Service | JAC | 01/17/2024 | Review & respond to email from debtor re: voluntary petition | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/17/2024 | Review email from Δ re: whataburger pay. | 0.20 | $360.00 | $72.00 |

| | | | Draft and send email to debtor explaining how the income is calculated | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 01/17/2024 | Review and respond to debtor email question about car payment not appearing on #17 - review schedules to determine what #17 she was asking about. Found on Schedule J - explained that car payment is in her plan payment so it won't be on J. | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/17/2024 | Review and respond to email from ∆ with question about 122 C-1 & c-2. Broke down & explained each section | 0.30 | $360.00 | $108.00 |
| Service | JAC | 01/17/2024 | Update CS figures on MT, schedule I. Recalculate plan payment based on lower DMI amount. Prepare and send updated plan to ∆ | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/17/2024 | Draft email to debtor with updated plan | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/18/2024 | Review and respond to email from ∆ re: income. Include how income is calculated for a bi-weekly pay. ∆ was adding 2 pay periods to get a monthly figure instead of taking all 26 pay periods into account. | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/18/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court.: Case is Ready to File | 0.30 | $360.00 | $108.00 |
| Service | JAC | 01/18/2024 | Review & respond to email from ∆ re: if she's not approved for the bk. Explained the process of a 13 & possible OTCs/ TR will reach out if any OTCs filed | 0.20 | $360.00 | $72.00 |
| Service | KR | 01/18/2024 | Contact Debtor: Drafted text with the debtor's case number | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/18/2024 | review email from ∆ | 0.10 | $360.00 | $36.00 |
| Service | KR | 01/19/2024 | Contact Debtor: Drafted email to debtor with their plan payment amount and what to do/expect after filing a chapter 13 | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/19/2024 | Reviewed court docket; drafted email to debtor with all filed court documents | 0.20 | $155.00 | $31.00 |
| Service | KR | 01/19/2024 | Reviewed Plan to see if a wage order or direct payment | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/22/2024 | Review email from debtor: Reviewed email from debtor requesting the electronic payment information for TFS; drafted email to debtor with the TFS information | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/24/2024 | Prepare notice of filing plan, review plan to | 0.30 | $360.00 | $108.00 |

| | | | determine creditors in 3.2/3.4, research registered agents for notice | | | |
|---|---|---|---|---|---|---|
| Service | TR | 01/24/2024 | Review: 24-00134-JAW Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $360.00 | $72.00 |
| Service | JC | 01/24/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com. | 0.10 | $155.00 | $15.50 |
| Expense | BB | 01/24/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $23.00 | $23.00 |
| Service | JC | 01/25/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | BB | 01/25/2024 | Contact Debtor: Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | KR | 01/25/2024 | Review email from debtor: Reviewed email from debtor stating that the creditor Pro Collect has been contacting her; reviewed the list of creditors; they are included in the bankruptcy; drafted email to debtor informing her if they contact her again to let us know | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/26/2024 | Review and organize documents provided by debtor: Reviewed all bank statements for 2 bank accounts, 2 years of taxes, pay advices for two employers, and identification for the meeting of creditors; created list of missing pay advices and bank statements needed; drafted email to debtor requesting the missing documents | 0.30 | $155.00 | $46.50 |
| Service | KR | 01/26/2024 | Review email from debtor: Reviewed several emails from debtor with the missing bank statements for 2 accounts and pay advices for 2 employers; merged with existing pay advices and statements; organized and prepared pay advices, bank statements, taxes, drivers license and social security card for upload to the Trustee's website for the Meeting of Creditors | 0.40 | $155.00 | $62.00 |
| Service | KR | 01/26/2024 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted Certificate of Compliance - Payment Advices Filed with Trustee | 0.10 | $155.00 | $15.50 |

| Service | JAC | 01/28/2024 | Review: 24-00134-JAW Order Upon Employer Directing Deductions from Pay Document #11 | 0.10 | $360.00 | $36.00 |
|---------|-----|------------|------------------------------------------|------|---------|--------|
| Service | TR | 01/28/2024 | Review: Proof of Claim 24-00134-JAW Consumer Portfolio Document # 2 | 0.20 | $360.00 | $72.00 |
| Service | TR | 01/28/2024 | Review: Proof of Claim 24-00134-JAW Regional Acceptance Corporation Document # 1 | 0.20 | $360.00 | $72.00 |
| Service | KR | 01/30/2024 | Contact Debtor: Reviewed email from debtor with 2 letters that she received from the Trustee about her payments; she wanted to know about the date due and the amount; drafted email to debtor letting her know I will review and get back in touch with her | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/01/2024 | Review email from debtor: Reviewed email from debtor stating that the wage order has started | 0.10 | $155.00 | $15.50 |
| Service | TR | 02/01/2024 | Review: Proof of Claim 24-00134-JAW Republic Finance, LLC Document # 3 | 0.10 | $360.00 | $36.00 |
| Service | BB | 02/02/2024 | Contact Debtor: Drafted text to debtor inquiring after clarification on how they would like to attend their meeting of creditors. | 0.10 | $100.00 | $10.00 |
| Service | TR | 02/02/2024 | Review: 24-00134-JAW Objection to Confirmation of the Plan Document# 16 | 0.10 | $360.00 | $36.00 |
| Service | TR | 02/02/2024 | Drafted email to Bob Camp re: settlement proposal of Objection to Confirmation | 0.20 | $360.00 | $72.00 |
| Service | TR | 02/02/2024 | Review: Fwd: Proof of Claim 24-00134-JAW World Finance Co. c/o World Acceptance Corp. Document # | 0.10 | $360.00 | $36.00 |
| Service | KR | 02/06/2024 | Contact Debtor: Reviewed plan and plan payment schedule; drafted email to debtor explaining the plan monthly payment is $1005.33 but the bi-weekly amount is $464; the yearly payment is $12,063.96 and she will have 26 pay periods and divided out will be $464; some months will have 3 pay periods; payment due date is the 30 days from her date of filing which was 1/18/2024 would be the due date of 2/17/2024. | 0.10 | $155.00 | $15.50 |
| Service | BB | 02/07/2024 | Contact Debtor: Reviewed and drafted several messages determining a date and time to have a zoom meeting. Debtor scheduled for tomorrow at 2pm. | 0.30 | $100.00 | $30.00 |
| Service | BB | 02/08/2024 | Contact Debtor: Conducted zoom test | 0.30 | $100.00 | $30.00 |

| | | | meeting with debtor to prepare them for their meeting of creditors. | | | |
|---|---|---|---|---|---|---|
| Service | TR | 02/09/2024 | Review: 24-00134-JAW Statement of Corporate Ownership Document# 19 | 0.10 | $360.00 | $36.00 |
| Service | KR | 02/14/2024 | Reviewed email from debtor with a Notice to File Corporate Ownership wanting an explanation; drafted email memo to TR re: Notice to File Corporate Ownership | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/15/2024 | Contact Debtor: Reviewed email from TR re: Notice to File Corporate Ownership; drafted email to debtor letting her know she has no need to worry it is just a disclosure. | 0.10 | $155.00 | $15.50 |
| Service | BM | 02/26/2024 | Drafted text message to debtor reminding them of the date and time of their meeting of creditors | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/27/2024 | Attend 341 | 0.30 | $360.00 | $108.00 |
| Service | KR | 02/29/2024 | Review email from debtor: Reviewed email from debtor about SBA contacting her about her debt stating its automated but when she calls them to tell them she files they just tell her they will get to it; she is holding off on filing her taxes so there will be no issue; drafted email memo to TR re: SBA loan | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/29/2024 | Review email from debtor: Reviewed email from debtor stating that she has received a notice from Regional Acceptance stating they will take $1000 to close; drafted email to debtor requesting a copy of the notice | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/01/2024 | Contact Debtor: Reviewed email memo from TR re: tax refund; drafted email to debtor informing her that we can draft a letter to SBA so the calls will stop; file taxes on last day; let us know if tax refund seized and the attorney can try to see what he can do; also informed her that the objection was due to Regional Acceptance disputing the amount owed; explained the attorney and the trustee are working on this and if anything changes she will be notified | 0.20 | $155.00 | $31.00 |
| Service | KR | 03/01/2024 | Review email from debtor: Reviewed email from debtor about not being able to stop SBA from taking her refund; drafted email memo to TR re: tax refund | 0.10 | $155.00 | $15.50 |
| Service | AA | 03/01/2024 | Administrative - non-billable work: Reviewed the national data center website for payments , payments are being | 0.10 | $100.00 | $10.00 |

Invoice # 6063 - 03/04/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | received to trustee. | | | |
| Service | KR | 03/04/2024 | Contact Debtor: Reviewed email from memo from TR re: Tax refund; drafted email to debtor informing her that we cannot write an automatic stay violation letter about the tax refund since SBA has not taken the refund; if they do take the refund then we can write them a letter; at this point the only letter we can send the SBA is about them contacting her about the debt | 0.10 | $155.00 | $15.50 |
| Service | TR | 03/04/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 3.3 | $360.00 | $1,188.00 |
| Jennifer Curry Calvillo | Attorney | 1.3 | $350.00 | $455.00 |
| Thomas Rollins | Attorney | 2.6 | $360.00 | $936.00 |
| Adreanna Aldairiah | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Brooke Brueland | Non-Attorney | 0.8 | $100.00 | $80.00 |
| Jacki Curry | Non-Attorney | 0.2 | $155.00 | $31.00 |
| Breanne McDaniel | Non-Attorney | 1.5 | $100.00 | $150.00 |
| Kirsten Raimey | Non-Attorney | 1.1 | $100.00 | $110.00 |
| Kerri Rodabough | Non-Attorney | 2.7 | $155.00 | $418.50 |
| Kerri Rodabough | Non-Attorney | 0.4 | $150.00 | $60.00 |
| | | | **Total** | **$3,461.50** |

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6063 | 04/03/2024 | $3,461.50 | $0.00 | $3,461.50 |
| | | | **Outstanding Balance** | **$3,461.50** |
| | | | **Total Amount Outstanding** | **$3,461.50** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 6616
Date: 07/10/2024
Due On: 08/09/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Jonetta Alicia White
228 Brendalwood Blvd. Apt B
Brandon, MS 39047

### 05180-White Jonetta Alicia

## Ch 13 hourly - Jonetta

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 03/04/2024 | Draft fee application, notice and proposed order | 0.30 | $360.00 | $108.00 |
| Service | KR | 03/04/2024 | Reviewed and prepared the Application for Compensation, the invoice, and the 21 day Notice for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | TR | 03/04/2024 | Review: Proof of Claim 24-00134-JAW Jefferson Capital Systems, LLC Document # 6 | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/04/2024 | Review: Proof of Claim 24-00134-JAW LVNV Funding, LLC Document # 5 | 0.10 | $360.00 | $36.00 |
| Expense | BB | 03/05/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $43.92 | $43.92 |
| Service | KR | 03/05/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, invoice, proposed order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 03/20/2024 | Call Debtor: Called debtor could not leave a message; drafted text requesting a call back to discuss her email since I had previously responded on 3/3; drafted email memo to TR re: SBA Loan | 0.20 | $155.00 | $31.00 |
| Service | TR | 03/22/2024 | Called client to discuss and further explain the SBA, dischargeability and potential | 0.20 | $360.00 | $72.00 |

| | | | offset of future | | | |
|---------|-----|------------|------------------|------|----------|---------|
| Service | KR | 03/27/2024 | Incoming Call: Telephone conference with Bob Camp per the Objection to Confirmation; he would like to work out the details for the Agreed Order; drafted email memo to TR re: Objection to Confirmation | 0.10 | $155.00 | $15.50 |
| Service | TR | 03/27/2024 | Call w/ Bob Camp to discuss objection - my prior email wasn't received but i re-sent - he will get with his client and get back to me. | 0.20 | $360.00 | $72.00 |
| Service | TR | 03/29/2024 | Review claims register and compare to the Plan to determine if additional claims are needed - none needed | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/29/2024 | Review: 24-00134-JAW Chapter 13 Trustee Report and Account of Prior Administration of Case Document# 22 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/02/2024 | Review file - draft email to Bob Camp re: previous settlement discussions of Obj to Conf | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/02/2024 | Review: 24-00134-JAW Order on Application for Compensation Document #23 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/03/2024 | Review and sign proposed agreed order by email | 0.20 | $360.00 | $72.00 |
| Service | TR | 04/04/2024 | Review: 24-00134-JAW Order on Objection to Confirmation Document #24 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/12/2024 | Review: 24-00134-JAW Notice of Requirement to Complete Course in Financial Management (ADI) Document# 29 | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/16/2024 | Review email from debtor: Reviewed email from debtor about the taxes she owes for 2023; drafted email to debtor requesting a copy of the filed 2023 taxes with showing what she owes | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/17/2024 | Review email from debtor: Reviewed email from debtor; she has not officially filed yet due to owing money to the tax preparer; she said she can send screen shot; drafted email to debtor informing her to send what she can and I will get the attorney to review; but we need the actual returns. | 0.10 | $155.00 | $15.50 |
| Service | TR | 04/22/2024 | Review: Proof of Claim 24-00134-JAW Aidvantage on behalf of Document # 7 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/24/2024 | Review: 24-00134-JAW Order Confirming Chapter 13 Plan Document #31 | 0.10 | $360.00 | $36.00 |

| Service | TR | 04/24/2024 | Review: 24-00134-JAW Amended Order Upon Employer Directing Deductions from Pay Document #32 | 0.10 | $360.00 | $36.00 |
|---|---|---|---|---|---|---|
| Service | KR | 04/24/2024 | Call Debtor: Telephone conference with debtor about not having the funds to file her taxes and the amount that is owed to the IRS | 0.20 | $155.00 | $31.00 |
| Service | TR | 07/08/2024 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.1 | $360.00 | $36.00 |
| Thomas Rollins | Attorney | 2.1 | $360.00 | $756.00 |
| Kerri Rodabough | Non-Attorney | 1.0 | $155.00 | $155.00 |
| | | | **Total** | **$990.92** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6063 | 04/03/2024 | $3,461.50 | $0.00 | $3,461.50 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6616 | 08/09/2024 | $990.92 | $0.00 | $990.92 |
| | | | **Outstanding Balance** | **$4,452.42** |
| | | | **Total Amount Outstanding** | **$4,452.42** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 8924
Date: 04/10/2026
Due On: 05/10/2026

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Jonetta Alicia White

## 05180-White Jonetta Alicia

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 07/10/2024 | Draft Fee Application, Notice and Proposed roder: Drafted and reviewed invoice for expense and attorney fees; drafted 2nd Application for Compensation; drafted email memo to TR re: review 2nd Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | TR | 07/10/2024 | Review and approve fee application drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/10/2024 | Reviewed email memo from TR re: Application for Compensation; prepared the Application for Compensation, the invoice and the Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 07/12/2024 | Review: 24-00134-JAW Order on Application for Compensation Document# 37 | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/23/2024 | Call Debtor: Telephone conference with debtor about the Order approving the Application for Compensation | 0.20 | $155.00 | $31.00 |
| Service | KR | 02/13/2025 | Review email from debtor: Reviewed 2 emails from debtor with jpegs of the Trustee report and several questions about the amounts being paid out for claims and the amount of the delinquency; drafted email to debtor informing her I will have to look into | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | this and get back to her; converted jpeg files to pdf files; merged with existing client documents | | | |
| Service | KR | 02/13/2025 | Reviewed court docket for the Proof of Claims filed for Student Loans and the vehicle in question and for the confirmed plan; reviewed the plan, the claims and the Trustee's website to verify the amounts paid and the amount still owed; reviewed previous task due to her questions about what was told at signing; drafted email memo to TR re: debtor's questions on amounts being paid in the bankruptcy | 0.50 | $0.00 | $0.00 |
| Service | TR | 02/13/2025 | Review and respond to Δ questions re: payment for Nissan in bankruptcy and why student loans are getting a distribution in her case | 0.20 | $360.00 | $72.00 |
| Service | KR | 02/13/2025 | Reviewed email memo from TR re: amount owed for debts; reviewed schedule H; drafted email memo to TR re: amount owed by co-signer | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/18/2025 | Contact Debtor (Text/Email): Reviewed email memo from TR re: student loans and the Nissan Rogue amounts; reviewed court docket for the Proof of Claim filed for the Nissan Rogue and the Confirmed Plan; reviewed the Trustee's website for delinquency; drafted email to debtor answering her questions about the amount owed on the Nissan Rogue, the student loan debt and the delinquency | 0.20 | $155.00 | $31.00 |
| Service | KR | 02/20/2025 | Contact Debtor (Text/Email): Drafted email to debtor explaining the split claim for Regional Acceptance | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/20/2025 | Incoming Call: Telephone conference with debtor about the percentage she owes for unsecured and the amount owed for her vehicle; explained the amount that is still owed after the case is discharge since she had a co-signer the balance is still owed if she is wanting to keep the vehicle; reviewed the process of incurring debt and surrendering the vehicle | 0.30 | $155.00 | $46.50 |
| Service | KR | 10/29/2025 | Call Debtor: Reviewed email from debtor about a gym membership that has a delinquency and now a debt | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | collector 's attorney has the bill now; telephone conference with debtor about the situation and she has decided to handle on her own instead of reviewing to see if we can add the debt in the plan | | | |
| Service | KR | 12/04/2025 | Review email from debtor: Reviewed email from debtor about needing to suspend 2 months of payments since her hours are cut until next year and needing to catch up on bills; drafted email to debtor requesting proof of the bills that she needs to help with | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/09/2025 | Review email from debtor: Reviewed emails from debtor with bills that she is behind on and her eviction notice; merged with client documents; drafted email memo to JAC re: suspended payments | 0.20 | $155.00 | $31.00 |
| Service | JAC | 12/10/2025 | review & respond to email from kr | 0.10 | $360.00 | $36.00 |
| Service | KR | 12/10/2025 | Draft Notice, Motion & Order: Reviewed email memo from JAC re: Motion to Suspend; drafted Motion to Suspend; drafted email memo to JAC re: Review Motion to Suspend | 0.20 | $155.00 | $31.00 |
| Service | JAC | 12/11/2025 | review & approve drafted motion | 0.10 | $360.00 | $36.00 |
| Service | KR | 12/11/2025 | Review email from Attorney: Reviewed email memo from JAC re: Motion to Suspend; prepared the Motion to Suspend for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 12/11/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Notice, Motion to Suspend and the Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 12/12/2025 | Review email from debtor: Reviewed email from debtor about the release of wages; reviewed the notice date; created task to provide copy of the release of wages once filed | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/06/2026 | Review: 24-00134-JAW Order on Motion To Suspend Plan Payments Document# 40 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/07/2026 | Review: 24-00134-JAW Release of Wages Document# 41 | 0.10 | $360.00 | $36.00 |

Invoice # 8924 - 04/10/2026

| Service | KR | 01/09/2026 | Contact Debtor (Text/Email): Drafted email to debtor with the Release of Wages | 0.10 | $155.00 | $15.50 |
|---|---|---|---|---|---|---|
| Service | KR | 01/12/2026 | Review email from debtor: Reviewed email from debtor that she sent to her payroll department with the stop garnishment order due to the suspension of her payments; then received and email from her payroll department confirming they have ceased the garnishment until a new wage order is received | 0.10 | $155.00 | $15.50 |
| Service | CO | 01/12/2026 | Incoming Call: Phone conference with debtor's employer calling to verify the release of wages order he received. Reviewed court orders and confirmed with them we are suspender her payments for January and February and there will be a new wage order issued in March. Drafted email memo to KR. | 0.10 | $100.00 | $10.00 |
| Service | KR | 01/27/2026 | Review email memo re: Δ paid in full for case: Reviewed email from debtor about the plan payments and the decreased income; drafted email to debtor about the documentation needed to analyze to lower her plan payments since her income has decreased; also provided the updated expense sheet to fill out; drafted another email to the Trustee's office about the payment they received in January from her employer | 0.20 | $155.00 | $31.00 |
| Service | KR | 01/28/2026 | Contact Debtor (Text/Email): Reviewed email from the Trustee's office stating that the funds for the payment they received while her plan payments are suspended will be on hold and distributed to creditors once the suspension lifts; drafted email to debtor informing her of this | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/28/2026 | Review email from debtor: Reviewed email from debtor stating that the funds being placed on hold is unfair; drafted email to debtor inquiring if she wanted me to reach out to the Trustee's office about a refund instead of the funds being place on hold | 0.10 | $0.00 | $0.00 |
| Service | KR | 01/28/2026 | Review email from debtor: Reviewed email from debtor informing me she | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | would like to see if she could get a refund for the funds that were paid during her suspension since they were not being applied towards the delinquency; drafted email to the Trustee's office | | | |
| Service | KR | 01/28/2026 | Contact Debtor (Text/Email): Reviewed email from the Trustee's office regarding the refund of the January payment; drafted email to debtor informing her of this | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/29/2026 | Review email from debtor: Reviewed email from debtor requesting notification of when the refund payment is issued so she can keep track of it | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/04/2026 | Contact Debtor (Text/Email): Reviewed Trustee's website to verify if refund has been issued to the debtor; drafted email to debtor informing her the check was issued on 1/29 | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/10/2026 | Review email from debtor: Reviewed email from debtor inquiring about the refund check from the Trustee since she still has not received it; drafted email to the Trustee's office verifying the address and the date the check was mailed. | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/13/2026 | Call Debtor: Phone conference with debtor about the refund check; she has received but wondered why it was so much; reviewed the Trustee's website and explained maybe why the payment was more than expected; she explained her financial situation and discussed the documents needed to see if we can lower the plan payment; she also inquired about her SBA loan; informed her that I will get with the attorney about the SBA loan | 0.50 | $155.00 | $77.50 |
| Service | KR | 02/19/2026 | Drafted email memo to TR re: SBA loans | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/19/2026 | Review email from Attorney: Reviewed email memo from TR re: SBA loans; drafted email memo to TR re: Treasury Offset Program | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/24/2026 | Reviewed email from debtor with the updated expense sheet and paystubs; | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | organized and merged with client documents | | | |
| Service | KR | 03/02/2026 | Review email from debtor: Reviewed email memo from debtor stating that this was her last pay for February with Imagine but did not have an attachment; drafted email to debtor inquiring about the paystub | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/19/2026 | Reviewed email from debtor with last paystub needed; reviewed and organized all updated documents; created task for Jen to analyze to lower plan payment | 0.30 | $155.00 | $46.50 |
| Service | JAC | 03/20/2026 | Analyze to Lower Plan Payments | 0.30 | $360.00 | $108.00 |
| Service | KR | 03/20/2026 | Contact Debtor (Text/Email): Drafted email to debtor inquiring about child support, children's ages and their place of residency; also informed her about the 401k loan she took out while in bankruptcy | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/20/2026 | Review email from debtor: Reviewed email from debtor regarding her child support, chidren's ages and residency; merged child support letter with existing client documents | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/20/2026 | Review email from debtor: Reviewed email from debtor about converting; reviewed plan to determine secured property in the ch 13 and any government loans; drafted email to debtor explaining the process of converting | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/20/2026 | Review email from debtor: Reviewed email from debtor stating that she would like to review the conversion packet; drafted email to debtor with the conversion packet | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/23/2026 | Analyze to Lower Plan Payments - update I to remove CS, update ages of dependent on J, remove 22 year old from J | 0.10 | $360.00 | $36.00 |
| Service | KR | 03/24/2026 | Contact Debtor (Text/Email): Drafted email to debtor about the analyzation of lowering her plan payment; explained the documents needed to support the Motion to Modify that we could file and explained the Trustee could object so can not guarantee the | 0.10 | $155.00 | $15.50 |

| | | | reduction but could try | | | |
|---|---|---|---|---|---|---|
| Service | KR | 03/25/2026 | Call Debtor: Reviewed email from debtor requesting a call back; phone conference with debtor she has decided to wait to file the Motion to Modify; she says she has to file her taxes for the last 3 years; she will start on that; also stated that she wanted to find out why her son can not be claimed as a dependent; said by the government he is still dependent since he still goes to school, also wanted to know if she can get a direct pay order since she is always late on rent; says she needs to pay her rent with her first paycheck since she is always late and they have filed an eviction notice every time which she then has to pay the attorney expense | 0.60 | $155.00 | $93.00 |
| Service | KR | 03/25/2026 | Drafted email memo to JAC requesting assistance with debtor's questions regarding the son not being listed as a dependent and also about the wage order | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/27/2026 | Contact Debtor (Text/Email): Reviewed email memo from JAC regarding why the son not being listed as a dependent and also about the wage order; drafted email to debtor with the information | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/27/2026 | Reviewed several emails from debtor about her son being claimed as a dependent; drafted email memo to JAC re: dependent | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/30/2026 | review & respond to email from KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 03/31/2026 | Call Debtor: Reviewed email memo from JAC re: dependent; phone conference with debtor and explained the law regarding dependents and also discussed her payments | 0.20 | $0.00 | $0.00 |
| Service | JAC | 04/02/2026 | Review: 24-00134-JAW Order Upon Employer Directing Deductions from Pay Document# 44 | 0.10 | $360.00 | $36.00 |
| Service | CO | 04/02/2026 | Reviewed: 24-00134-JAW Order Upon Employer Directing Deductions from Pay and emailed to debtor. | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/02/2026 | Incoming Call: Phone conference with | 0.50 | $155.00 | $77.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor regarding her increased payment; based off her calculations it should not have increased that much; stated that she would like a breakdown and explained her current situation; discussed option of dismissing the case or filing Motion to Modify; she would like to review the supplemental schedules I/J before filing the Motion | | | |
| Service | KR | 04/02/2026 | Drafted email to the Trustee's office regarding the increased plan payment due to the suspension | 0.10 | $0.00 | $0.00 |
| Service | KR | 04/02/2026 | Contact Debtor (Text/Email): Drafted email to debtor with the supplemental I/J to review | 0.10 | $0.00 | $0.00 |
| Service | KR | 04/02/2026 | Reviewed email from the trustee's office stating they will look into the increase plan payment and get back with me to explain the totals and how the determined the amount | 0.10 | $0.00 | $0.00 |
| Service | JC | 04/03/2026 | Incoming Call: Telephone call from Penelope with TT's office: The wage order went up due to the claim amounts that were left; she didn't put the arrears back in the plan; she did not send wage order back to the employer for March but is sending now. | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/03/2026 | Reviewed email from email Trustee's office stating that the amount was determined by the base balance still owed; drafted email to the Trustee's office requesting a breakdown of the balance still owed | 0.10 | $0.00 | $0.00 |
| Service | KR | 04/03/2026 | Reviewed email from the Trustee's office with the requested reports for debtor showing the balance breakdown | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/03/2026 | Review email from debtor: Reviewed email from debtor regarding the amount we have listed on supplemental i/j from her mother that she no longer receives; also inquired if her son can be listed as a person she takes care of that is not a dependent; drafted email memo to JAC re: questions regarding supplement i/j | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 04/03/2026 | Reviewed several emails from the Trustee's attorney and case administrator regarding how the determine the increased payment which was the claim balance owed and the curing of the arrearage during the months of suspension | 0.10 | $0.00 | $0.00 |
| Service | JAC | 04/03/2026 | review & respond to email from KR | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/03/2026 | Review: 24-00134-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 45 | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/06/2026 | Incoming Call: Telephone call from debtor requesting to speak with KR; KR unavailable; reviewed contact information to update phone number; drafted e-mail to KR providing number to call. | 0.10 | $155.00 | $15.50 |
| Service | CO | 04/06/2026 | Contact Debtor (Text/Email): Reviewed: 24-00134-JAW Amended Order Upon Employer Directing Deductions from Pay and emailed to debtor. | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/06/2026 | Call Debtor: Phone conference with debtor about the lowering of her plan payment, the outcome of what the attorney said regarding the payments from her mom that she is not receiving anymore and not being able to claim her son as a dependent; she would like to have her case dismissed | 0.30 | $155.00 | $46.50 |
| Service | KR | 04/06/2026 | Draft Motion: Reviewed email from debtor requesting to have her case dismissed; drafted Motion to Dismiss; drafted email memo to JAC re: review Motion to Dismiss | 0.20 | $155.00 | $31.00 |
| Service | JAC | 04/07/2026 | review & approve drafted motion | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/07/2026 | Review email from Attorney: Reviewed email memo from Jen re: Motion to Dismiss; prepared the Motion to Dismiss and the Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 04/08/2026 | Review: 24-00134-JAW Release of Wages Document# 50 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/08/2026 | Review: 24-00134-JAW Order on Motion To Dismiss Debtor Document# 49 | 0.10 | $360.00 | $36.00 |

| Service | KR | 04/09/2026 | Call Debtor: Phone conference with debtor regarding the Release of Wages; discussed the process after dismissal and the creditors that were included in the bankruptcy | 0.20 | $155.00 | $31.00 |
|---|---|---|---|---|---|---|
| Service | KR | 04/09/2026 | Contact Debtor (Text/Email): Reviewed court docket for the release of wages and dismissal order; drafted email to debtor with the release of wages and the dismissal order per debor's request | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/10/2026 | Reviewed court docket for previous Application orders and invoices; drafted 1st part of the lodestar and final application using totals from the orders and invoices | 0.50 | $155.00 | $77.50 |
| | | | | **Services Subtotal** | | **$1,985.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/11/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $25.11 | $25.11 |
| | | | **Expenses Subtotal** | | **$25.11** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 1.5 | $360.00 | $540.00 |
| Thomas Rollins | | Attorney | 0.4 | $360.00 | $144.00 |
| Jacki Curry | | Non-Attorney | 0.2 | $155.00 | $31.00 |
| Clara Ortega | | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Kerri Rodabough | | Non-Attorney | 8.0 | $155.00 | $1,240.00 |
| Kerri Rodabough | | Non-Attorney | 2.0 | $0.00 | $0.00 |
| | | | | **Subtotal** | **$2,010.11** |
| | | | | **Total** | **$2,010.11** |

Invoice # 8924 - 04/10/2026

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6063 | 04/03/2024 | $3,461.50 | $0.00 | $3,461.50 |
| 6616 | 08/09/2024 | $990.92 | $0.00 | $990.92 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8924 | 05/10/2026 | $2,010.11 | $0.00 | $2,010.11 |

| | | | **Outstanding Balance** | **$6,462.53** |
|---|---|---|---|---|
| | | | **Total Amount Outstanding** | **$6,462.53** |